■ MARKEL INTERNATIONAL INSURANCE CO., LTD., Appellant, v JASON LASH et al., Respondents, et al., Defendants. [872 NYS2d 279]—Appeal from an order and judgment, Supreme Court, New York County (Shirley Werner Kornriech, J.), entered July 18, 2007, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Friedman, J.P., McGuire, Acosta, DeGrasse and Freedman, JJ.